IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LANDA DENISE WHITE,

    Plaintiff,

v.                              CASE NO. 4:16cv190-RH/CAS

MORRIS YOUNG, in his official capacity
as Sheriff, GADSDEN COUNTY, FLORIDA,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal with prejudice. ECF No. 13. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on December 14, 2016.

                                    s/Robert L. Hinkle
                                    United States District Judge